[No. 47450-2-I.   Division One.   April 8, 2002.]

*In the Matter of the Personal Restraint of* VERNON
WEYGANDT, *Petitioner.*

Petition for relief from personal restraint. *Denied* by
unpublished per curiam opinion.

[No. 47734-0-I.   Division One.   April 8, 2002.]

CAROLINE A. FLOHR, *Respondent,* v. EDWARD W. FLOHR,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 98-4-01138-3, Ann Schindler, J., entered No-
vember 1, 2000. *Affirmed* by unpublished opinion per Cox,
A.C.J., concurred in by Baker and Kennedy, JJ.

[No. 47834-6-I.   Division One.   April 8, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. ROXANNE ELIZABETH
ROBERTS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 00-1-06979-7, Jeffrey M. Ramsdell and Helen
Halpert, JJ., entered November 29, 2000. *Affirmed* by
unpublished per curiam opinion.

[No. 47921-1-I.   Division One.   April 8, 2002.]

IN SOO CHUN, *Appellant,* v. THE EMPLOYMENT SECURITY
DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 00-2-22175-4, Michael J. Trickey, J., entered
March 18, 2001. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Cox, A.C.J., and Schindler, J.